IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| EDDIE LEE JACKSON | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:16cv191 |
| RICHARD D. LANGLEY, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Eddie Lee Jackson, an inmate at the Polunsky Unit, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice pursuant to plaintiff's motion to dismiss.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.[1]

So **ORDERED** and **SIGNED** this **26** day of **February, 2018.**

_____
Ron Clark, United States District Judge

---

[1] Plaintiff subsequently filed documents in this action possibly indicating he wished to proceed with this lawsuit but did not object to the Report. If plaintiff does not wish to have the above-styled case dismissed, he should notify the court within thirty (30) days and request reinstatement of the case on the court's active docket. Additionally, plaintiff shall pay the initial partial filing fee or submit a properly certified application to proceed *in forma pauperis* if he desires to proceed with this action.